UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **RHONDA L. NIXON,** | ) | NO. EDCV 06-1425-MAN |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| **MICHAEL J. ASTRUE,** **Commissioner of the** **Social Security Administration,** | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the cause is remanded for further proceedings consistent with the provisions of the Memorandum Opinion.

DATED: March 31, 2008

                                                      /s/
                                         MARGARET A. NAGLE
                                 UNITED STATES MAGISTRATE JUDGE